UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD MCGEE,<br><br>              Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>              Defendant. | Case No. 3:16-CV-05583-JCC-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Ronald McGee appeals the denial of his application for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded; if the Commissioner does not issue a fully favorable decision on the record upon remand, then plaintiff will have the opportunity for a de novo hearing. Dkt. 15. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will further develop the record and issue a new decision. The Commissioner will consider the additional evidence submitted to the Appeals Council; reassesspPlaintiff's residual functional capacity, and in so doing, evaluate the opinion evidence provided by Dr. Khaleeq and explain the weight given to such evidence; obtain supplemental

REPORT AND RECOMMENDATION - 1

vocational expert testimony to determine whether there are a significant number of jobs in the national economy that plaintiff can perform; and issue a new decision.

The parties further stipulate that, upon proper request to the Court, plaintiff may be entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412 *et seq.*

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 7th day of December, 2016.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge