UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD MCGEE,<br><br>          Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | CASE NO. C16-5583-JCC-BAT<br><br>ORDER |

The Court, having considered the stipulated motion for remand (Dkt. No. 15), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 16), and the balance of the record, hereby ORDERS:

(1)     The Report and Recommendation is ADOPTED.

(2)     The Commissioner's decision is REVERSED and the case is REMANDED for further proceedings consistent with the Report and Recommendation.

(3)     The Clerk shall send copies of this order to the parties.

//

//

//

//

ORDER - 1

DATED this 8th day of December 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2