THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD McGEE, | CASE NO. C16-5583-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees (Dkt. No. 19). The motion is GRANTED.

Plaintiff is hereby AWARDED $2,755.32 in attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made to Kevin Kerr and mailed to him at P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

//

//

ORDER
PAGE - 1

DATED this 30th day of March, 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE